UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROY ALLEN                                              CIVIL ACTION

VERSUS                                                  NUMBER: 06-9035

MARLIN N. GUSMAN                                        SECTION: "B"(5)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this 1st day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE